James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Co-Lead Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>      Plaintiff,<br><br> v.<br><br>KNIGHT CAPITAL GROUP, INC., et al.,<br><br>      Defendant. | Civil Action No. 12-cv-6760 (MCA)(SCM)<br><br>**NOTICE OF MOTION** |

To: All Counsel via ECF

COUNSEL:

  PLEASE TAKE NOTICE that, on a date to be determined, Plaintiff shall move before the Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, to enter an Order: (1) preliminarily approving the proposed Settlement of the above captioned action as contained in the accompanying Stipulation of Settlement (the "Settlement"); (2) setting the date for a hearing to consider final approval of the proposed Settlement, as well as Class Counsel's Fee and Expense Application; (3) directing that notice be disseminated to Class Members at the times and in the manner proposed; and (4) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the parties will rely upon the accompanying brief and the Declaration of James E. Cecchi.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the parties consent to disposition of this motion on the papers in accordance with Rule 78 of the Federal Rules of Civil Procedure.

                                        CARELLA BYRNE CECCHI
                                        OLSTEIN BRODY & AGNELLO, P.C.

                              By:   /s/ James E. Cecchi

Dated: February 10, 2015                    JAMES E. CECCHI