James E. Cecchi
Lindsey H. Taylor
Zachary S. Bower
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

*Attorneys for Louisiana Municipal Police*
*Employees Retirement System and*
*Co-Lead Counsel for the Class*

Joseph E. White, III
Maya Saxena
Lester R. Hooker
Brandon T. Grzandziel
SAXENA WHITE P.A.
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382

*Attorneys for Louisiana Municipal Police*
*Employees Retirement System and*
*Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KNIGHT CAPITAL GROUP, INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 12-cv-06760 (MCA) (SCM)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, APPROVAL OF PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

To: All Counsel via ECF

PLEASE TAKE NOTICE that, on July 1, 2015 at 10:00 a.m., Lead Plaintiff Louisiana Municipal Police Employees Retirement System shall move before the Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, to enter a judgment and order (1) granting final approval of the settlement of this litigation; (2) granting class certification for settlement purposes; (3) approving the Plan of Allocation of settlement proceeds and the form of Notice; and (4) awarding Lead Plaintiff's Counsel's attorneys' fees and expenses and Lead Plaintiff's reimbursement.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the parties will rely upon the accompanying brief, the declarations filed in support thereof, the Stipulation of Settlement dated February 9, 2015 and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the parties consent to disposition of this motion on the papers in accordance with Rule 78 of the Federal Rules of Civil Procedure.

Dated:   May 28, 2015

                                                CARELLA, BYRNE, CECCHI,
                                                OLSTEIN, BRODY & AGNELLO, P.C.

                                                BY: */s/ James E. Cecchi*
                                                     JAMES E. CECCHI

*Attorneys for Louisiana Municipal Police Employees Retirement System and Co-Lead Counsel for the Class*

Maya Saxena
Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
SAXENA WHITE P.A.
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Tel: 561 394-3399
Fax: 561 394-3382

*Attorneys for Louisiana Municipal Police Employees Retirement System and Lead Counsel for the Class*