James E. Cecchi
Lindsey H. Taylor
Zachary S. Bower
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700

*Attorneys for Louisiana Municipal Police Employees Retirement System and Co-Lead Counsel for the Class*

Joseph E. White, III
Maya Saxena
Lester R. Hooker
Brandon T. Grzandziel
SAXENA WHITE P.A.
5200 Town Center Circle
Suite 601
Boca Raton, Florida 33486
Tel: (561) 394-3399
Fax: (561) 394-3382

*Attorneys for Louisiana Municipal Police Employees Retirement System and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT CAPITAL GROUP, INC., et al.,<br><br>Defendants. | Civil Action No. 12-cv-06760 (MCA) (LDW)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND** |

To: All Counsel via ECF:

PLEASE TAKE NOTICE that, on a date to be determined, Lead Plaintiff Louisiana Municipal Police Employees Retirement System shall move before the Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, to enter an order approving distribution of the Net Settlement Fund to Authorized Claimants in the above-referenced action, pursuant to the terms of the Stipulation of Settlement dated February 9, 2015 and filed on February 10, 2015 (the "Stipulation"). ECF No. 76-3.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the parties will rely upon the accompanying brief, the declaration of Ryan Kao filed in support thereof, submitted on behalf of the Court-appointed Claims Administrator, Epiq Class Action & Claims Solutions, Inc., the accompanying exhibits attached therewith, and the Stipulation of Settlement dated February 9, 2015, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

PLEASE TAKE FURTHER NOTICE that in accordance with the Local Rules, a proposed form of order is attached.

Dated: May 2, 2016

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

BY: /s/ James E. Cecchi
JAMES E. CECCHI

*Attorneys for Louisiana Municipal Police Employees Retirement System and Co-Lead Counsel for the Class*

Maya Saxena
Joseph E. White, III

Lester R. Hooker
Brandon T. Grzandziel
SAXENA WHITE P.A.
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
Tel: 561 394-3399
Fax: 561 394-3382

*Attorneys for Louisiana Municipal Police Employees Retirement System and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ James E. Cecchi*
James E. Cecchi